# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NEASON MCCLAIN,<br><br>    Defendant. | Case No. 2:20-cr-00309-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 39 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, April 11, 2022 at 10:00 a.m., be vacated and continued to June 13, 2022, at 10:00 a.m.

    DATED this 5th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE