1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00309-JAD-EJY-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| NEASON MCCLAIN, | |
| Defendant. | |

9

10    IT IS THEREFORE ORDERED that the preliminary revocation hearing currently

11    scheduled for Monday, April 21, 2025 at 3:00 p.m., be vacated and continued to

12    July 28, 2025_____ at the hour of _10_:_00_ _a_.m.; or to a time and date convenient to the court.

13    DATED this _18_ day of April, 2025.

14

15    _____

16    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

3