UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEASON MCCLAIN,<br><br>　　　　Defendant. | Case No. 2:20-cr-00309-JAD-EJY-1<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 30, 2025 at 10:30 a.m., be vacated and continued to August 4, 2025, at the hour of 10:30 a.m.; or to a time and date convenient to the court.

　　　DATED this 21st day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE